THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MAURICE FELLERMAN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* ABRAHAM KOSLOW, Appellant.

(Submitted June 3, 1935; decided June 4, 1935.)

*Samuel J. Foley, District Attorney (Sol Boneparth* of counsel), for motions.

*Lee Hazen* opposed.

Motions denied and cases set down for argument in third week of October, 1935, session.